IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROMEO COOLEY, )
)
        Petitioner, )
) Civil Action No. 07-285 Erie
v. )
)
SUPERINTENDENT BROOKS, et al., )
)
        Respondents. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on October 17, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 42], filed on July 22, 2008, recommended that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 6] be dismissed without prejudice for failure to exhaust state remedies, that Respondents' Motion to Dismiss [Doc. No. 37] be granted, and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. Petitioner filed objections on July 29, 2008 [Doc. No. 43]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 6th day of August, 2008;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 6] is DISMISSED without prejudice for failure to exhaust state remedies; Respondents' Motion to Dismiss [Doc. No. 37] is GRANTED; and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 42] of Magistrate Judge Baxter, filed on July 22, 2008, is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge